THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Heath
 Millwood,        Appellant.
 
 
 

Appeal From Union County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.
2005-UP-492
Submitted August 1, 2005  Filed August 18, 2005  

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda H. Carter, Office of Appellate Defense, of Columbia, for
 Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. Mcintosh,
 Assistant Deputy Attorney General Salley W. Eilliott, office of the
 Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Heath
Millwood appeals after pleading guilty to assault and battery of a high and
aggravated nature.  Millwood argues his plea was not made knowingly or
voluntarily and thus, did not comply with the requirements of Boykin v.
Alabama, 395 U.S. 238 (1969).  Pursuant to Anders v. California,
386 U.S. 738 (1967), Millwoods counsel attached a petition to be relieved
stating that she has reviewed the record and found the appeal to be without
merit.  Millwood did not file a separate pro se brief.
After a thorough review of the
record pursuant to Anders and State v. Williams, 305 S.C. 116, 406
S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
relieved.
APPEAL DISMISSED.[1]
ANDERSON, J., HUFF and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.